```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

LUIS SANABRIA,                          :
     Plaintiff,                         :
                                        :   Case No. 06cv647 (JBA)
v.                                      :
                                        :
OFFICER STEVEN MARTINS,                 :
     Defendant.                         :

**RULING ON MOTION TO QUASH [DOC. # 33] FILED BY MOVANT ADMINISTRATOR OF THE UNEMPLOYMENT COMPENSATION ACT**

In connection with plaintiff Luis Sanabria's suit against Officer Steven Martins of the Ansonia Police Department, alleging violation of his Fourth and Fourteenth Amendment constitutional rights under 42 U.S.C. § 1983 and intentional infliction of emotional distress,[1] defendants served a subpoena duces tecum on the Connecticut Department of Labor seeking all tangible materials relating to plaintiff's application for employment benefits stemming from his termination from employment on August 29, 2005 following the events of this case. The Connecticut Administrator of the Unemployment Compensation Act ("UCA") now moves to quash the subpoena in compliance with 20 C.F.R. § 603.5(h). The UCA has received no release from plaintiff regarding the disclosure of this information.

Because these unemployment records may contain statements by

---

[1] Only Counts One and Three of the Amended Complaint [Doc. # 17] remain in this suit, as the parties have stipulated to dismissal of defendant City of Ansonia [Docs. ## 30, 31].

1

plaintiff or identification of witnesses related to the events resulting in plaintiff's termination and subsequent application for benefits, they are relevant or may lead to relevant evidence and are therefore properly discoverable.

Accordingly, UCA's Motion to Quash [Doc. # 33] is DENIED and the UCA is ordered to produce the subpoenaed materials.

IT IS SO ORDERED.

/s/

JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut, this 13th day of April, 2007.**